Robert M. Tzall
Nevada State Bar No. 13412
The Law Offices of Robert M. Tzall
1481 W Warm Springs Rd Suite 135,
Henderson, NV 89014
Tel: 702-666-0233
office@tzalllegal.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

DEIDRE ROBERTS, Individually and on Behalf of All Others Similarly Situated

    Plaintiff,

vs.

AARGON AGENCY, INC. d/b/a AARGON COLLECTION AGENCY AND John Does 1-25

    Defendant(s)..

) Docket No.  2:20-cv-586 -APG-VCF

**NOTICE OF SETTLEMENT**

Please take notice that Plaintiff, Diedre Roberts ("Plaintiff"), and the Defendant, Aargon Agency, Inc. d/b/a Aargon Collection Agency have settled this matter.

The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

This the 22nd day of October 2020.

                                          Respectfully submitted,

/s/ Robert M. Tzall
Robert M. Tzall, Esq.
1481 Warm Springs Rd Suite 135
Henderson, NV 89014
Office@tzalllegal.com
*Counsel for Plaintiff*

IT IS HEREBY ORDERED that the proposed stipulation and order for dismissal must be filed on or before December 23, 2020.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

                10-23-2020
Dated:_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on October 22, 2020 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert M. Tzall
*Counsel for Plaintiff*

- 3 -