**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

DEIDRE ROBERTS,

        Plaintiff,

vs.

AARGON AGENCY, INC. d/b/a AARGON COLLECTION AGENCY AND John Does 1-25,

        Defendant.

2:20-cv-00586-APG-VCF

**ORDER**

      Before the Court is *Deidre Roberts v. Aargon Agency, Inc., et al.*, case number 2:20-cv-00586-APG-VCF.

      On October 22, 2020, the Court was notified that the parties reached a settlement in this matter. The Court ordered the parties to file a proposed stipulation and order for dismissal by December 23, 2020. (ECF No. 23). To date, no proposed stipulation and order for dismissal has been filed by the parties.

      Accordingly,

      IT IS HEREBY ORDERED that a telephonic status hearing is 10:00 AM, February 23, 2021.

      The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

      DATED this 2nd day of February, 2021.

                                                        CAM FERENBACH
                                                        UNITED STATES MAGISTRATE JUDGE