**ALVERSON, TAYLOR,**
**MORTENSEN & SANDERS**
Kurt R. Bonds, Esq.
Nevada Bar #006228
kbonds@alversontaylor.com
Trevor R. Waite, Esq.
Nevada Bar #13779
twaite@alversontaylor.com
6605 Grand Montecito Pkwy, Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
(702) 385-7000
efile@alversontaylor.com

Attorneys for Defendant
*AARGON AGENCY, INC., d/b/a*
*AARGON COLLECTION AGENCY*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DEIDRE ROBERTS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>AARGON AGENCY, INC. d/b/a AARGON COLLECTION AGENCY AND John Does 1-25,<br><br>Defendant. | CASE NO.: 2:20-cv-00586-APG-VCF<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE, PURSUANT TO FRCP 41(a)(1)** |

The Court has reviewed the Stipulation to Dismiss of Plaintiff DEIDRE ROBERTS and Defendant AARGON AGENCY, INC. Good cause appearing, the Court grants the parties' Stipulation to Dismiss Plaintiff's individual claim, with prejudice, and to dismiss without prejudice the putative class action claims asserted by Plaintiff pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear their respective attorneys' fees and costs.

DATED: February 18, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

{00145806;1}