**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| DEIDRE ROBERTS,<br><br>            Plaintiff,<br><br>vs.<br><br>AARGON AGENCY, INC. d/b/a AARGON COLLECTION AGENCY AND John Does 1-25,<br><br>            Defendant. | 2:20-cv-00586-APG-VCF<br><br>**ORDER** |

Before the Court is *Deidre Roberts v. Aargon Agency, Inc., et al.*, case number 2:20-cv-00586-APG-VCF.

The parties have filed a proposed stipulation and order for dismissal.  (ECF No. 25).

Accordingly,

IT IS HEREBY ORDERED that the telephonic status hearing scheduled for 10:00 AM, February 23, 2021, is VACATED.

DATED this 18th day of February, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE